AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ALBERT KELLY PRICE a/k/a ANTHONY SUTTON | ) | Case No.  3:19-MJ-039 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/29/2018_____ in the county of _____Johnson_____ in the _____Southern_____ District of _____Iowa_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1), (b)(2) | Sex Trafficking of a Minor and by Force, Fraud or Coercion |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dave Gonzalez, Detective, Iowa City Police Dept.
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other
reliable electronic means/ video conference

Date: _____04/05/2019_____

_____
*Judge's signature*

City and state: _____Des Moines, Iowa_____

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
1:32 pm, Apr 05 2019

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Dave Gonzalez, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.       I am a Detective with the Iowa City Police Department, and have been with the department since March 1996.  While with the Iowa City Police Department, I have held various positions and assignments, including patrol duties, investigations, narcotics, special operations, white collar, sex crimes, violent crimes, and cold case homicides.  I have also been assigned to work high profile crimes, including homicides, robberies, hate crimes, suspicious deaths, and human trafficking.  My training and experience includes attending many trainings regarding death investigations and specific deaths, interview-related schools, human trafficking, violent crimes, cold cases investigations, open source intelligence, narcotics, weapons, sex crimes, and kidnapping.  I am also trained and certified as a polygraph examiner.  Based on my training and experience, I am familiar with common techniques human traffickers use to conduct their operation, conceal their operation from law enforcement, and control their victims.  I am also familiar with law enforcement investigative tools to detect human trafficking crimes.

2.       The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.  This affidavit is intended to show there is probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3.       Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 1591(a)(1), 1591(b)(2) (Sex Trafficking of a Minor and Sex Trafficking by Force, Fraud or Coercion) have been committed by ALBERT KELLY PRICE a/k/a ANTHONY SUTTON (hereinafter "PRICE").

## SUMMARY

4.      As explained below, on or about December 29, 2018, PRICE solicited a fifteen year old girl (Minor Victim A) for a commercial sex act. PRICE communicated with a sixteen year old girl (Minor B) to arrange for the commercial sex act with Minor Victim A. PRICE went to the hotel room and engaged in one or more sex acts with Minor Victim A. PRICE also physically assaulted Minor Victim A in the course of engaging in the commercial sex act.

## PROBABLE CAUSE

5.      Minor Victim A and Minor B have been identified by law enforcement officers as minors who were fifteen and sixteen years old respectively in December 2018.

### Communications Between Minor B and PRICE

6.      During the course of the investigation, Minor B's cell phone was examined pursuant to a state search warrant. A review of the contents of the phone, including 'selfie' style photographs, contacts, and text messages, shows that the phone was used by Minor B in December 2018. There are several messages between the owner of the phone and a person with the phone number 319-471-5624. That number is saved as a contact in Minor B's phone under the name "Chris NI Super 7 Van."

7.      There is probable cause to believe that PRICE is the individual who corresponded with Minor B using the phone number 319-471-5624. On or about April 2, 2018, a state search warrant was executed on PRICE's person and vehicle, a white van (more specifically, a white 2002 Chevrolet Express 1500 Passenger van/minivan). A cellular phone was seized from PRICE's van. That cellular phone used the phone number 319-471-5624. The phone number for Minor B was saved as a contact within that phone. Furthermore, a state search warrant was served to Cricket, the service provider for the cellular telephone assigned call number 319-471-5624. Cricket's

2

business records indicate that phone number has been active since December 13, 2017. The individual subscriber for that number is known by law enforcement to be an individual with whom PRICE resides. The white van referenced above is also registered to the same individual. Law enforcement officers and witnesses have seen PRICE drive that white van on several occasions.

8.     As further described below, on or about December 29, 2018, Minor B and PRICE (using phone number 319-471-5624), arranged for PRICE to engage in a commercial sex act with Minor Victim A. Excerpts of those messages are further described below. All times listed are approximate.

a.   At 2:26 PM, PRICE wrote to Minor B: "I need some". Minor B responded, "When n how long?" PRICE responded, "Now. The same."

b.   At 2:44 PM, when asked how long he would be, PRICE stated: "Hour"

c.   At 4:34 PM, PRICE asked Minor B: "U ready" ? Minor B responded, "I'll be in CR [Cedar Rapids] . . . I been waitin . . I got sum [something] to do rn [right now]".

d.   At 6:03 PM, PRICE told Minor B: "I'll have to get a room. No place to go". Minor B responded, "I'll have a room I'm getting one, and I'll have my other girl in travel lodge later, if that's better"

e.   PRICE responded by asking Minor B "How she looks?" Minor B told PRICE "I'll get u pictures"

9.     At approximately 6:08 and 6:10 PM, Minor B sent PRICE at least two photographs. The first photograph depicts a female taking a photograph of herself with a cell phone. Her face is obstructed by the cell phone. She appears to be wearing a sweatshirt and thong underwear, exposing her leg and partial buttocks to the camera. In response to that photograph, PRICE asked:

3

"Can I see her face". Minor B then sent a photograph of a female's face. Law enforcement officers have viewed that photograph and have identified the individual depicted in the photograph as Minor Victim A.

10.     Between approximately 6 PM and 8 PM, PRICE and Minor B arrange for PRICE to engage in a commercial sex act with Minor Victim A. For example:

    a.  PRICE asks Minor B, "Where is your friend. Here?" Minor Victim A responds, "Yea she will be and she's like my sister lol she's good".

    b.  PRICE asks Minor B, "Ic [Iowa City] or Cr [Cedar Rapids]" ? Minor B responds, "Ic [Iowa City] travel lodge"

    c.  At approximately 6:16 PM, Minor B tells PRICE: "Around 7:30"

    d.  Minor B goes on to tell PRICE that she (Minor B) is in Cedar Rapids. PRICE tells her, "I wanted both y'all". Minor B tells him, "Well if you pick her up and bring her, and have the money then we can, I can make that work"

    e.  PRICE responds: "I'll see her then come out there later"

    f.  Two minutes later Minor B says, "You could get a room in travel lodge or pick her up n see her then leave her in the car come see me n leave her w me"

    g.  PRICE asks Minor B where her friend is. Minor B tells him, "She at the travel lodge now if she ready"

    h.  After discussing the logistics further of whether PRICE would pick up Minor Victim A and take her to Cedar Rapids, they agree that PRICE would go to the Traveldoge and meet Minor Victim A there. At 7:34 PM, Minor

B states, "You can go ahead and go to travel lodge lmk [let me know] when you tgere [get there] and I'll have her go to the door. Go to the back door and door 4 n she'll let you in. When y'all done can you drop her off in cv and come to me and I'll see you for 80"

    i. At 7:50, PRICE tells Minor B, "Pulling up now" When he arrives at the door, he tells her, "K. Here". Minor B tells him, "She comin"

11.    Based upon a review of GPS points provided in phone records received from Cricket pursuant to a state search warrant, the phone (phone number 319-471-5624) that was in communication with Minor B and later found in PRICE's vehicle was located in the vicinity of the Travelodge at 2216 N. Dodge Street in Iowa City, Iowa on or about December 29, 2018, between the hours of approximately 7:45 PM and 8:17 PM.

**Statements and Physical Examination of Minor Victim A**

12.    On or about December 31, 2018, the mother of Minor Victim A reported that her 15 year old daughter may have engaged in a sex act with an adult male at the Travelodge at 2216 N. Dodge Street. The mother stated that she saw correspondence on Facebook Messenger between Minor Victim A and her friend (Minor B) in which Minor B instructed Minor Victim A to go to the Travelodge to engage in a commercial sex act.

13.    On or about December 31, 2018, Minor Victim A underwent a sexual assault exam by medical professionals. At the time of that exam, Minor Victim A told the examiner that she was assaulted at the Travelodge in Iowa City on the night of December 29, 2018. According to notes by the examiner, Minor Victim A stated that the assailant became very aggressive. She stated that he pushed her onto the bed. She said she started screaming but he covered her mouth. When she told him her age (15 years old) he said he was going to "pretend that he didn't hear that."

5

(Quotations were made by the examiner in his/her report.) She reported being penetrated in her mouth, vagina, and rectum by the assailant's penis.

14.     Your affiant has reviewed the photograph of Minor Victim A, and other photographs of Minor Victim A from the time of the offense. In your affiant's training and experience, Minor Victim A appears to look under 18 years old, and would appear so to a lay person.

15.     Minor Victim A reported that at the time of the assault she was under the influence of drugs and alcohol, to include alcohol, ecstasy, methamphetamine, and marijuana.

16.     Minor Victim A was photographed to contain bruises all over her body, to include her back, legs, thighs, arms, and stomach.

17.     On or about January 22, 2019, Minor Victim A was forensically interviewed at a Child Protection Center (CPC) by a trained forensic interviewer. Minor Victim A stated that she knew that her friend, Minor B, was involved in commercial sex acts in order to help her parent with rent money. Minor Victim A decided to try engaging in commercial sex acts in order to help herself financially.

18.     Minor Victim A stated, in part, that between December 27 and 29, 2018, she and Minor B got a hotel room at the Travelodge. She stated that she remembered bits and pieces of what happened. She stated that she was not fully aware of what was happening when she was assaulted due to the drugs and alcohol she ingested. She stated that she could not stop the sexual assault and was not capable of stopping it due to her state. She recalled that at one point the man said to her, "You don't know what's happening?" or "How high are you?"

19.     Minor Victim A stated that she believed the man went to Cedar Rapids and gave the money for the sex act to Minor B. She said that Minor B was supposed to take a cut of it and give the remainder to Minor Victim A.

20.     Minor Victim A described the man who assaulted her as being African American, probably 6 feet tall, and a larger build, perhaps 250 pounds. She stated that he had a darker complexion and had twists in his hair. Your Affiant knows this description to generally match PRICE's physical description.

21.     A criminal history check was conducted on PRICE, which reflects:   (a) 1998 misdemeanor conviction for aggravated assault;   (b) 2006 felony conviction for manufacture/delivery of controlled substances; (c) 2006 felony conviction for unlawful possession of a weapon by a felon; (d) 2006 felony conviction for mob action; (e) 2006 felony conviction for unlawful use of weapons; (f) 2009 misdemeanor conviction for possession of cannabis; (g) 2010 misdemeanor conviction for domestic battery; and (h) 2012 misdemeanor conviction for possession of cannabis.[1]

## CONCLUSION

Based on the foregoing, Your Affiant believes there is probable cause to believe that ALBERT KELLY PRICE a/k/a ANTHONY SUTTON committed the offense of Sex Trafficking of a Minor and Sex Trafficking by Force, Fraud or Coercion, in violation of 18 U.S.C. §§1591(a)(1), 1591(b)(2). More specifically, on or about December 29, 2018, PRICE: (1) obtained, patronized, and solicited Minor Victim A, a minor who had not yet attained the age of 18 years; (2) PRICE knew and/or was in reckless disregard that Minor Victim A had not yet

---

[1] Criminal history identified in this Affidavit includes only convictions pertaining to controlled substance and offenses involving weapons/violence.  Other criminal history is omitted.

attained the age of 18 years old (as she told him her age and based on her physical appearance); (3) PRICE knew that force, threats of force, fraud, and coercion would be used to cause Minor Victim A to engage in a commercial sex act, as he physically assaulted her; (4) the offense was in or affecting interstate commerce, as he used a cellular telephone and a hotel/motel that serves out of state customers.

I further state and declare that all the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

Dave Gonzalez, Detective
Iowa City Police Department

Subscribed and sworn to before me this 5th day of April 2019.

Helen C. Adams
Chief United States Magistrate Judge

8