RECEIVED
DEC 31 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| UNITED STATES PlANtiff, vs. Albert Price Defendant (PRO SE) | NO: 19 CR 76<br><br>Motion to Withdraw plea, due to Ineffective Counsel. |
|---|---|

Comes Now the Defendant Albert Price (pro se) Motion to Withdraw plea Due to Ineffective Counsel and also Prosecutorial Misconduct.

1. Ineffective Counsel.

2. Fell to bring forward witness, Fell to read witness statement witness provided.

3. The Defendant feels the Counsel fell to go over plea in great detail, miss informed me of counts and what they hold.

4. The Defendant feels the Court erres in allowing the Victims to Be Bribed.

5. The Defendant feels he's been entrapped by the federal prosecutor and police in this case.

6. The Defendant feels his attorney was a part of the federal (Brady) violation and that Andrea Mason (counsel) did not pursue the motion for discovery or share with me.

PAGE 1

CONTINUED BRIEF...

7. The Defendant feels it took till the week before sentencing for counsel Andrea Mason to admitt she was aware of prosecutorial misconduct and that exculpatory evidence was withheld that was crucial towards my defense. Counsel never let me see my discovery.

8. The defendant feels (counsel) Andrea Mason was very unprofessional (comment, communication, misinterpertation, etc) stated i was stupid and dumb during sentencing.

9. The defendant argues that federal prosecutor egregious charge defendant with crimes never committed.

10. The defendant was told by his attorney all other charges would be dropped upon his plea of guilty and the defendant would plea guilty to only soliciting sex and only be judge of that act.

11. The defendant argues that the federal prosecution is in violation of plea deal offered to defendant.

The defendant feels this court and also counsel committed misconduct. Therefor ask for plea to be withdrawn for such reasons.

Defendant Albert Price 12/27/20
Albert Price 12/27/20

HIBERT PRICE
1985 NE 51st PL
DES MOINES, IA.
50313

X-RAYED & CLEARED BY U.S.M.S.

DES MOINES IA 500

29 DEC 2020 PM 4

FOREVER USA
Barn Swallow

CLERK of COURT
U.S. District Court for
the Southern District of
IOWA. 123 E. WALNUT ST
DES MOINES, IA. 50309